UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NANCY MONTGOMERY-WARE,
and Intervenor, PAUL LEON WARE,

        Plaintiffs,

v.                                       Case No.: 8:03-cv-2487-T-30TBM

HARRY E. BOPP,

        Defendant,

v.

WACHOVIA BANK, NATIONAL
ASSOCIATION,

        Garnishee.
_____/

### ORDER DISMISSING ACTION, WITH PREJUDICE, DISCHARGING GARNISHMENT, RELEASING PROPERTY AND RELEASING GARNISHEE

THIS CAUSE is before the Court upon the Defendant, Harry E. Bopp's Notice of Voluntary Dismissal, with Prejudice, and Motion for Discharge of Garnishment, Release of Property and Release of Garnishee (the "Motion"), and the Court, having considered the matter, together with the entire record, and being otherwise fully advised in the premises, finds as follows:

1.    On March 9, 2004, the Court in this case entered a Judgment in a Civil Case (the "Judgment") in favor of Defendant, Harry E. Bopp ("Dr. Bopp"), wherein Dr. Bopp was awarded $12,314.59 (the "Judgment Amount") against Plaintiff, Nancy Montgomery-Ware ("Montgomery").

2.    On February 21, 2008, Dr. Bopp filed Defendant, Harry E. Bopp's Ex Parte Motion for Writ of Garnishment and Supporting Memorandum of Law (the "Motion"), wherein

Dr. Bopp requested, ex parte, that the Court enter an order directing the Clerk to issue a Writ of Garnishment to Garnishee, Wachovia Bank, National Association ("Garnishee"), for the property held by Garnishee belonging Montgomery.

3. On February 28, 2008, the Court entered an Order for Writ of Garnishment directing the Clerk's issuance of the Writ.

4. On or about February 28, 2008, the Clerk issued a Writ of Garnishment (the "Writ") to the Garnishee with regard to Montgomery's property.

5. On or about March 11, 2008, the Garnishee filed an Answer of Garnishee and Demand for Garnishment Deposit (the "Answer"), wherein the Garnishee stated that it has retained the sum of $24,629.18 (the "Property") in accordance with Florida Statutes Chapter 77 and in response to the Writ.

6. Montgomery was duly served with notice and copies of the (1) Motion, (2) Writ, (3) Notice of Right Against Garnishment of Wages, Money, and Other Property, pursuant to Florida Statues Section 77.05 (2007), (4) Answer, and (5) Notice Under Florida Statues Section 77.055 (2007.)

7. Montgomery has paid Dr. Bopp the Judgment Amount, and therefore, the Judgment has been satisfied. Accordingly, it is

ORDERED AND ADJUDGED as follows:

8. The Motion is hereby granted.

9. The garnishment ordered in this case pursuant to the Order, entered by the Court on February 28, 2008, and the Writ, issued by the Clerk on February 28, 2008, is hereby discharged.

10. Garnishee, Wachovia Bank, National Association, is hereby ordered to release the Property belonging to Plaintiff, Nancy Montgomery-Ware, which Property Garnishee is currently holding pursuant to the Writ.

11. Garnishee is hereby released from this case.

12. This case is hereby dismissed, with prejudice.

13. DONE AND ORDERED in Tampa, Florida, on this 3 day of April, 2008.

_____
JAMES S. MOODY, JR.
United States District Judge

3